# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JANIS SHUMWAY, Individually,

    Plaintiff,

v.

OMSAI LLC, A Wisconsin Corporation,

    Defendant.

Case No. 1:21-cv-938

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on October 26, 2021.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

**ATTORNEYS FOR PLAINTIFF**

*/s/ David J Winkel*
David J Winkel

Winkel Law Office
411 S Commercial St
Neenah, WI 54956
920-725-8887
winkelandassoc@yahoo.com

**ATTORNEYS FOR DEFENDANT**